IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JANUARY 2020 SESSION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 23 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 7:20-CR-4 |
| v. | : |
| JAMES ROBERT BANKS | : In violation of: |
| | : 21 U.S.C. § 841(a)(1) |

The Grand Jury Charges that:

## COUNT ONE

1. On or about August 14, 2019, in the Western District of Virginia, JAMES ROBERT BANKS, the defendant, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

1. On or about November 25, 2019, in the Western District of Virginia, JAMES ROBERT BANKS, the defendant, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL, this 23 day of January, 2020.

                                                                                                          /s/ *Grand Jury Foreperson*
                                                                                                          FOREPERSON

*For* THOMAS T. CULLEN
UNITED STATES ATTORNEY