.ıl Verizon LTE          11:18 AM                    50%

<            **Natasha's Post**

## RE:

**JAMES BANKS** (20060220378) View All

Roanoke City Jail

Tuesday, February 18, 2020 9:56 AM

[ Reply ]   [ Delete ]   [ Messages ]

▇▇▇▇▇▇▇ u know wtf u did u went to the grand jury and testified for them for over a hour wit straight lies profer wit them and u sent your girl to wear a wire and ▇ know what it is but y'all thought what those people told y'all was true and I wasnt going find out but th at was a lie and out of all the people y tf would I say ▇▇▇▇▇▇▇ if it wasn't lol y'all going see at at trail but if any of u dumb stupid mtf know anything u don't get ur paper work from your lawyer off the back its so the government can protect there snitches which them 2 bitches are the police if y'all so smart see if the defendant can take his or hers motion to dicorvery goggle that And u will but y'all bitches and y'all weak ass niggas know that ,that bitch is a cop I'll see y'all bitches at trail so bring ur best lies July lol bitch u been locked up 18 months y tf u ain't been sentenced been hearing this 15 years from day 1 bitch your whole life a lie bitch saying u had a paid lawyer bitch u got a court appointed broke ass bitch I'll see u at court in July sis lol love your bro know u can't sleep police ass bitch

[ Reply ]   [ Delete ]   [ Messages ]



GOVERNMENT EXHIBIT BD
1
7:20CR4   10/22/2020



Copyright © 2020 by Smart Communications. All Rights Reserved.
Privacy Policy · Terms of Service · View in English or Español

BANKS-000245

Ok I got you

## RE: Long time no talk to

| | |
|---|---|
| Reference #: | 70,654,477 |
| From: | Chekecia Brown (Public: Chekecia) |
| To: | JAMES BANKS (Inmate: 20060220378) |
| Sent: | 10/10/2020 4:35 AM |
| Status: | Recipient Read |

Aite no rush I ain't want nothing frfr I was just checking on you seeing how you was doing how you been type shit you can call whenever after 3:30 fr & damn wya the city jail

## Cuzo

| | |
|---|---|
| Reference #: | 70,676,007 |
| From: | Ebony Saunders (Public: Ebbsaunders) |
| To: | JAMES BANKS (Inmate: 20060220378) |
| Sent: | 10/10/2020 1:30 PM |
| Status: | Recipient Read |

Hey cuz hope u r doing ok keeping ya head up I been think. Bout lately I love u n miss ya shit takin ass I thought u were already gone I wanna send u something now I knw u there will get u something making visit wen I'm done wen r u leaving I'm at wrk right now try call me later but text me for now lol I love u bigg head

## RE: Cuzo

| | |
|---|---|
| Reference #: | 70,677,549 |
| From: | JAMES BANKS (Inmate: 20060220378) |
| To: | Ebony Saunders (Public: Ebbsaunders) |
| Sent: | 10/10/2020 1:46 PM |
| Status: | Recipient Read |

yea im still here i leave next month i get my time oct 22 8 to 11 and how u send money u send it on smart deposit .com and visit thing is gtl .com roanoke city jail oh yea i want u to set up a pacer account and look how much time ur girl got off for tellin on me they took off 5 years but i want u to post that after i go to court



This copy was exported from SmartJailMail on 10/13/2020 at 2:58 PM US/Eastern by Lieutenant B. Young

# RE: Cuzo

Reference #: 70,677,989
From:      Ebony Saunders (Public: Ebbsaunders)
To:        JAMES BANKS (Inmate: 20060220378)
Sent:      10/10/2020 1:51 PM
Status:    Recipient Read

Ok I'm setting everything up now it said I gta get approve first I uploaded my idea on next 24 i will b seeing ya face on screen I miss ya so much they can't n want keep a real nigga dwn n one tash sent me something as well I seen thTA shit she hvent called me since last time I told u fuck her smh that's so weird is she gone dwn road yet smh gt u on everything soon as I get approved love ya

# RE: Cuzo

Reference #: 70,678,935
From:      JAMES BANKS (Inmate: 20060220378)
To:        Ebony Saunders (Public: Ebbsaunders)
Sent:      10/10/2020 2:01 PM
Status:    Recipient Read

yea i think she did not for sure and what time u get off soi can call u

# RE: Cuzo

Reference #: 70,679,046
From:      Ebony Saunders (Public: Ebbsaunders)
To:        JAMES BANKS (Inmate: 20060220378)
Sent:      10/10/2020 2:02 PM
Status:    Recipient Read

Call me at 9 cuzo love u ttyl keep ya head up I'm trying send pics

# whats up

Reference #: 70,707,032
From:      JAMES BANKS (Inmate: 20060220378)

This copy was exported from SmartJailMail on 10/13/2020 at 2:58 PM US/Eastern by Lieutenant B. Young